FILED

APR 0 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 10-88-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ARSCENIO TONY NOT AFRAID, | |
| Defendant. | |

Defendant, by and through counsel, has filed an Unopposed Motion to Set Revocation Proceedings (Doc. 72). The Initial Appearance on the Petition for Violation of Supervised Release was conducted on November 22, 2017 before Magistrate Judge Timothy J. Cavan and Defendant waived his right to a preliminary examination. On November 29, 2017 this Court granted the Defendant's Motion to Stay Revocation Proceedings pending the resolution of the charges contained in CR-17-109-BLG-SPW (Doc. 70). The charges in CR-17-109-BLG-SPW have been resolved and Defendant is set for sentencing on June 6, 2018. Therefore,

**IT IS HEREBY ORDERED** that the stay in this case is lifted.

**IT IS FURTHER ORDERED** that the Final Revocation Hearing be held before Judge Watters on **Wednesday, April 25, 2018 at 1:30 p.m.,** at the James F. Battin Courthouse, 2601 2nd Avenue N. Billings, Montana.

DATED this 3rd day of April, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge